UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  NEIL J ARFMANN | CASE NO: 20-04814 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 2/25/2021, a copy of the following documents, described below,

Order Granting Trustee's Motion to Dismiss Case (Doc No 24)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/25/2021

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Standing Trustee
Kelly Remick
PO Box 89948
Tampa, FL  33689

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | CASE INFO | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 113A8<br>CASE 8-20-BK-04814-RCT<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>THU FEB 25 10-23-46 EST 2021 | NOTE   ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF | AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS TX 75265-0448 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ATT MOBILITY<br>PO BOX 536216<br>ATLANTA GA 30353-6216 |
| ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 | BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | BRIGHTHOUSE NETWORKS<br>PO BOX 7195<br>PASADENA CA 91109-7195 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CITY COUNTY EMPLOYEES CREDIT UNION<br>CO EDWARD REISINGER ESQUIRE<br>KUDULIS REISINGER  PRICE LLC<br>POST OFFICE BOX 653<br>BIRMINGHAM AL 35201-0653 |
| CITY COUNTY EMPLOYEES CU<br>1810 N BELCHER ROAD<br>CLEARWATER FL 33765-1448 | CITY COUNTY EMPOYEES CU<br>1810 N BELCHER RD<br>CLEARWATER FL 33765-1448 | DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| CM/ECF E-SERVICE<br>EDWARD S REISINGER +<br>KUDULIS REISINGER  PRICE LLC<br>POST OFFICE BOX 653<br>BIRMINGHAM AL 35201-0653 | FORWARDLINE<br>21700 OXNARD BLVD<br>SUITE 1450<br>WOODLAND HILLS CA 91367-7581 | FORWARDLINE FINANCIAL LLC<br>21700 OXNARD STREET<br>SUITE 400<br>WOODLAND HILLS CA 91367-7559 |
| FORWARDLINE FINANCIAL LLC<br>COLLECTION AT LAW INC<br>3835 E THOUSAND OAKS BLVD<br>WESTLAKE VILLAGE CA 91362-3637 | GEORGE FEDECKY<br>24941 VIA LARGA<br>LAGUNA NIGUEL CA 92677-1937 | GEORGE FEDECKY<br>LENDER VENTURE CAPITALIST<br>28095 EDELWEISS COURT<br>LAGUNA NIGUEL CA 92677-7006 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | CM/ECF E-SERVICE<br>JAY M WELLER +<br>WELLER LEGAL GROUP INC<br>25400 US HIGHWAY 19 NORTH SUITE 215<br>CLEARWATER FL 33763-2144 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ  SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | EXCLUDE<br>KELLY REMICK +<br>CHAPTER 13 STANDING TRUSTEE<br>POST OFFICE BOX 89948<br>TAMPA FL 33689-0416 | DEBTOR<br>NEIL J ARFMANN<br>4902 BONITO DRIVE<br>NEW PORT RICHEY FL 34652-4409 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ROBERT AVEDISIAN<br>33 FRESHWATER DR<br>PALM HARBOR FL 34684-1106 | ~~EXCLUDE~~<br>~~ROBERTA A COLTON~~<br>~~TAMPA~~<br>~~FL~~ |
| SHELLPOINT MORTGAGE<br>ATTN RECOVERY DEPARTMENT<br>PO BOX 19024<br>GREENVILLE SC 29602-9024 | STATE FARM INSURANCE COMPANY<br>PO BOX 106171<br>ATLANTA GA 30348-6171 | TOM B STATHOPOULAS ESQ<br>STATHOPOULAS LAW GROUP<br>39042 US HWY 19 NORTH<br>TARPON SPRINGS FL 34689-3999 |
| CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   TPA713 7+<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | CM/ECF E-SERVICE<br>WILLIAM C HARRISON +<br>KELLY REMICK CHAPTER 13 TRUSTEE<br>POST OFFICE BOX 89948<br>TAMPA FL 33689-0416 | |